FILED: February 10, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 21-1087**

───────────────

PIA MCADAMS,

      Appellant,

v.

DEMETRIUS ROBINSON; TAMARA ROBINSON,

      Plaintiffs – Appellees,

v.

NATIONSTAR MORTGAGE LLC,

      Defendant – Appellee.

------------------------------

NATIONAL CONSUMER LAW CENTER; MOUNTAIN STATE JUSTICE, INC.,
CONSUMERS LEAGUE OF NEW JERSEY; CONNECTICUT FAIR HOUSING
CENTER; NORTHWEST CONSUMER LAW CENTER

      Amici Supporting Appellant.

───────────────

O R D E R

───────────────

The Court amends its opinion filed on February 10, 2022, as follows:

Subsections A and B are added to sections I and III.

On page 3, in the last line of the first paragraph under section I.A., the word
"complete" is changed to "process."

On page 6, in the first full paragraph, the second sentence is changed to read, "The judge found that the distribution of the notice was sufficient because over 97% of the nearly 350,000 class members received notice."

On page 15, in the second line under section IV, the words "district court" are changed to "magistrate judge."

On page 17, the first sentence under section V now reads, "McAdams also argues that the settlement release is 'ambiguous, overbroad, and beyond the permissible scope of release for class action settlements.'"

On page 18, in the fifth line up from the bottom of the page, the word "the" is inserted before "class action."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk

2